UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
____

HENRY LOUIS PERSON,

        Petitioner,        Case No. 2:20-cv-117

v.        Honorable Paul L Maloney

MIKE BROWN,

        Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for appointment of counsel (ECF No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's request for preliminary injunctive relief is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 4, 2020        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge