UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

HENRY LOUIS PERSON,

    Petitioner,    Case No. 2:20-cv-117

v.             Honorable Paul L. Maloney

MIKE BROWN,

    Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: August 4, 2020       /s/ Paul L. Maloney
                   Paul L. Maloney
                   United States District Judge